# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL HAMPTON,<br><br>    Plaintiff,<br>v.<br>ALEJANDRO MAYORKAS, SECRETARY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendant. | Case No.: CV 19-10700-CBM-(MAAx)<br><br>**JUDGMENT [JS-6]** |

Consistent with the Court's Order re: Defendant's Motion for Summary Judgment, judgment is entered in favor of Defendant Alejandro Mayorkas, Secretary, United States Department of Homeland Security, and against Plaintiff Nathaniel Hampton.

DATED: May 5, 2021.

_____
HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE